COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Simon Fletcher, Relator

Appellate case number:    01-18-01109-CR

Trial court case number:   17CCR00241

Trial court:                        County Court of Chambers County

On December 18, 2018, relator, Simon Fletcher, filed a petition for a writ of mandamus seeking to compel the respondent district judge to vacate his December 6, 2018 order denying relator's ex parte motion to reverse removal of court-appointed attorney and to reinstate the trial counsel originally appointed to the case. Relator has included an appendix with his petition. *See* TEX. R. APP. P. 52.3(k), 52.7.

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: _____/s/ Evelyn V. Keyes_____
              ☒ Acting individually    ☐ Acting for the Court
Date: __December 20, 2018_____